

Continental Plaza · 411 Hackensack Avenue, Suite 701 · Hackensack, NJ 07601 · (tel&fax) 201.273.7117

May 9, 2018

*Via ECF*

Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, MLK 3C
Newark, New Jersey 07101

      Re:    **Alejandro Martinez v. Nationwide Credit, Inc., et al.**
            **Case No.: 2:17-cv-04968-MCA-LDW**
            **Our File No.: 17-068**

Dear Judge Wettre:

    This firm, along with the Law Office of Ronald I. LeVine, Esq., represents the Plaintiff Alejandro Martinez and writes to inform the Court that the parties have agreed to a settlement which requires subsequent performance. Further, the parties are currently drafting the terms of the written settlement agreement.

    At this time, I request the entry of a "60-Day Order" dismissing the action without prejudice but permitting a party to vacate the order and move to enforce the settlement within 60 days.

    Lastly, I ask the Court to cancel the telephone conference currently scheduled for Thursday, May 10, 2018 at 3:30 pm before Your Honor.

    Thank you for Your Honor's time and courtesies in this matter.

                                          Very truly yours,

                                          Yongmoon Kim, Esq.
                                          KIM LAW FIRM LLC

YK/jy
cc:    All Counsel of Record (*via ECF*)
       Honorable Madeline Cox Arleo, U.S.D.J. (*via ECF*)